IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| NAVIN PATEL,<br><br>    Plaintiff,<br><br>v.<br><br>RITE AID OF GEORGIA, INC.<br>D/B/A RITE AID,<br><br>    Defendant. | Case No.:_____<br><br>TRIAL BY JURY DEMANDED |

## COMPLAINT

COMES NOW PLAINTIFF, **NAVIN PATEL** (hereinafter designated as "Mr. Patel" or "Plaintiff"), by and through his attorney, and files this Complaint against Defendant Rite Aid of Georgia d/b/a Rite Aid (hereinafter "Rite Aid or Defendant"), and in support thereof, respectfully states as follows:

### PRELIMINARY STATEMENT

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964, *as amended*, 42 U.S.C. § 2000e, *et. seq.* ("Title VII").

2. Mr. Patel was a long time employee of Defendant.

3. During the immediate two years of his employment, Mr. Patel was denied the support and resources to perform his job duties. The support and resources were provided to employees of other national origins.

4. An employee who refused to perform her own job duties initiated an internal complaint against Mr. Patel.

5. After an opportunity to investigate the co-worker's complaint, Rite Aid terminated Mr. Patel's employment for "policy".

6. Other employees engaged in the same or worse behavior as Mr. Patel but were not terminated by Rite Aid. These employees were also Rite Aid pharmacists but had different national origins than Mr. Patel.

## JURISDICTION AND VENUE

7. Jurisdiction is conferred upon this Court pursuant to 42 U.S.C. § 2000e-5. Equitable and other relief are also brought under 42 U.S.C. § 2000e-5(g). Venue is proper in this District pursuant to 42 U.S.C. § 20000e-5(f)(3) and 28 U.S.C. § 1391(b) because a substantial part of the events or omissions giving rise to the cause of action herein occurred.

8. Rite Aid is a "person" within the meaning of 42 U.S.C. §2000e(a) and an "employer" within the meaning of 42 U.S.C. §2000e(b).

9. The Equal Employment Opportunity Commission ("EEOC") received a timely charge (EEOC Charge No. 410-2017-01776) filed by Mr. Patel on or about January 23, 2017 and within 180 days of the discriminatory treatment. A true and correct copy of Mr. Patel's Charge is attached hereto as **Exhibit "A"**. In his charge, Mr. Patel alleged, *inter alia,* that he had been discriminated against

because of his national origin. The EEOC issued a "Right to Sue" letter to Mr. Patel on October 9, 2018. A true and correct copy of the Right to Sue letter is attached hereto as **Exhibit "B"**.

10.  Mr. Patel filed his lawsuit within 180 days from his receipt of his right to sue letter.

11.  All conditions precedent to the filing of suit have been performed or have occurred.

## ALLEGATIONS OF FACT

12.  Defendant Rite Aid is a national drugstore chain Georgia Corporation and regularly conducts business in the State of Georgia.

13.  Mr. Patel is an Indian citizen of the United States and a resident of the State of Georgia.

14.  Mr. Patel began his employment with Rite Aid on August 22, 1987 and remained employed until his termination.

15.  During Mr. Patel's lengthy employment, he did not receive any disciplinary reprimands and, in contrast, received positive reviews and evaluations.

16.  Mr. Patel most recently worked as a Staff Pharmacist in Defendant's Danielsville, Georgia location.

17.  During Mr. Patel's employment, Rite Aid caused him to work with less support staff than other similarly situated employees not of Indian origin.

18. Rite Aid repeatedly denied Mr. Patel's request for assistance and equal support as other non-Indian pharmacists but received no such assistance.

19. Mr. Patel also repeatedly notified the store manager of his frustrations with support personnel.

20. Mr. Patel's complaints were ignored while non-Indian pharmacists' complaints were acknowledged and acted upon.

21. Ultimately, Mr. Patel requested assistance from support staff directly.

22. In response, the support staff filed a false complaint against Mr. Patel.

23. Despite Mr. Patel's lengthy service to Defendant, Rite Aid terminated Mr. Patel's employment for "policy" violation.

24. Non-Indian pharmacists who engaged in similar alleged conduct as Mr. Patel were not terminated.

25. After Mr. Patel's termination, he was replaced with a non-Indian employee.

## CAUSE OF ACTION
## COUNT ONE
## TITLE VI, 42 U.S.C. § 2000e-2(a)
## DISCRIMINATION ON THE BASIS OF NATIONAL ORIGIN

26. Plaintiff repeats and realleges all preceding paragraphs of the Complaint inclusive, as if fully set forth herein.

27. Plaintiff's national origin is Indian.

28. Plaintiff was fully qualified for his position at all relevant times.

- 5 -

29. Defendant terminated Plaintiff because of his Indian national origin.

30. Plaintiff's termination permitted the hiring of non-Indian employees.

31. Plaintiff was treated differently than other similarly situated non-Indian employees.

32. Defendant's articulated reason for Mr. Patel's termination was pretext for discrimination.

33. Defendant's actions were willful and with reckless disregard for Mr. Patel's federal rights.

34. As a result of Rite Aid's discriminatory actions, Mr. Patel suffered pain and emotional distress.

35. Plaintiff seeks to redress the wrongs alleged herein and this suit for back-pay with interest, an injunctive and declaratory judgment is his only means of securing adequate relief. Plaintiff has suffered, is now suffering, and will continue to suffer irreparable injury from the Defendant's unlawful policies and practices as set forth herein unless enjoined by this Court.

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff hereby demands judgment against Defendant, and prays for the following relief:

    a.    A declaratory judgment that the employment policies, practices, procedures, conditions, and customs of Defendant are violative of the rights of the plaintiff as secured by 42 U.S.C. §2000e *et seq.*;

    b.    A permanent injunction enjoining Defendants, its agents, successors, employees, attorneys and those acting in concert with Defendant and at the Defendant's request from continuing to violate 42 U.S.C. §2000e *et seq*;

    c.    An order requiring Defendant to make Plaintiff whole by awarding him the position(s) he would have had occupied in the absence of national origin discrimination, back-pay (plus interest), front-pay, punitive damages, compensatory damages and/or nominal damages, declaratory and injunctive relief, and benefits; and

    d.    Such other relief and benefits as the cause of justice may require, including but not limited to, an award of costs, attorney's fees and expenses.

    e.    That Plaintiff have a trial by jury on all issues so triable.

    f.    And, such other, further and different relief as this Court deems appropriate.

Filed this 7th day of January, 2019.

                FORTSON, BENTLEY AND GRIFFIN, P.A.

                By: *Bricker S. Daughtry*
                    Bricker S. Daughtry
                    Ga Bar No: 663833
                    Attorney for Plaintiff

2500 Daniell's Bridge Road
Building 200, Suite 3A
Athens, Georgia  30606
706.548.1151
706.559.0161 (fax)
bsd@fbglaw.com

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | 410-2017-01776 |

and EEOC

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Navin Patel | [redacted] | 1961 |

Street Address: 120 Cambridge Drive, Athens, GA 30606

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| RITE AID CORPORATION | 500 or More | (706) 795-2135 |

Street Address: 380 General Daniels Ave North, Danielsville, GA 30633

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☒ NATIONAL ORIGIN
☐ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 02-28-2014   Latest: 11-08-2016

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began my employment with the above-named employer on August 22, 1987 and last held a Staff Pharmacist position. From around February 28, 2014 to November 8, 2016, I was not given any resources, assistance and support by the Pharmacy Technician and management to perform my job duties effectively. On November 2, 2016, I was placed on suspension. On November 8, 2016, I was discharged.

The reason given for my suspension was they are investigating an employee complaint. The reason given for my discharge was policy violation.

I believe that I have been discriminated against because of my national origin (Indian), in violation of the Title VII of the Civil Rights Act of 1964, as amended, and due to my age (55), in violation of the Age Discrimination in Employment Act of 1967, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Jan 23, 2017 — Navin Patel
Date / Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

JAN 23 2017
SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

EEOC-ATDO

EXHIBIT A

EEOC Form 161-B (11/16)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**NOTICE OF RIGHT TO SUE** *(ISSUED ON REQUEST)*

| | |
|---|---|
| To: Navin Patel<br>120 Cambridge Drive<br>Athens, GA 30606 | From: Atlanta District Office<br>100 Alabama Street, S.W.<br>Suite 4R30<br>Atlanta, GA 30303 |

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 410-2017-01776 | April M. Shippy, Investigator | (404) 562-6847 |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[X] More than 180 days have passed since the filing of this charge.

[ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[X] The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Bernice Williams-Kimbrough,
District Director

OCT 0 9 2018
*(Date Mailed)*

Enclosures(s)

cc: **RITE AID CORPORATION**

Attn: Bricker Daughtry, Esquire
Amy Palesch, Esquire

EXHIBIT B

Enclosure with EEOC
Form 161-B (11/16)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court <u>under Federal law</u>.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Courts often require that a copy of your charge must be attached to the complaint you file in court. If so, you should remove your birth date from the charge. Some courts will not accept your complaint where the charge includes a date of birth. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit <u>before 7/1/10</u> – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request <u>within 6 months</u> of this Notice.** (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*