# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

NAVIN PATEL,                          *
                                       *
        Plaintiff,                    *        CIVIL ACTION NO:
                                       *          3:19-CV-00002-CAR
v.                                     *
                                       *
RITE AID OF GEORGIA, INC.             *
dba RITE AID,                          *
                                       *
        Defendant.                    *
_____        *

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The undersigned counsel for all parties hereby stipulate and agree that,

pursuant to Fed. R. Civ. P. 41 and other applicable law, the above-styled action is

hereby dismissed with prejudice.

Respectfully submitted this 15th day of July, 2019.

FORTSON, BENTLEY AND GRIFFIN, P.A.        LITTLER MENDELSON, P.C.


By: /s/ Bricker S. Daughtry               By: /s/ Daniel E. Turner     by Bricker S. Daughtry
        Bricker S. Daughtry                       Daniel E. Turner    with express permission
        Attorney for Plaintiff                    Attorney for Defendant
        State Bar No:  663833                     State Bar No:  719330
2500 Daniell's Bridge Road                3344 Peachtree Road N.E.
Building 200, Suite 3A                    Suite 1500
Athens, Georgia 30606                     Atlanta, Georgia 30326-4803
(706) 548-1151                            (404) 233-0330
bsd@fbglaw.com                            dturner@littler.com